IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARLENE ESPOSITO,                      )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )     Civil Action No. 23-245
                                       )
GOOGLE LLC, PINTO,                     )
                                       )
                    Defendant.         )

## MEMORANDUM ORDER

*Pro se* Plaintiff Darlene Esposito previously filed a Motion to Proceed In Forma Pauperis, along with a proposed Complaint, which was lodged pending disposition of the IFP Motion. (Docket Nos. 1, 1-1). After reviewing Plaintiff's IFP Motion, the Court entered a Memorandum Order on February 17, 2023 (the "February 17th Memorandum Order"), finding that she was without sufficient funds to pay the required filing fee and granting her leave to proceed in forma pauperis. (Docket No. 2 at 1).

As to Plaintiff's proposed Complaint, the Court found that the Complaint, as pled, failed to state a claim on which relief may be granted, and dismissed the Complaint without prejudice to Plaintiff filing an Amended Complaint to the extent that she could state a plausible claim for relief. (Docket No. 2 at 3). Further, to the extent Plaintiff wished to file an Amended Complaint, she was ordered to do so by March 3, 2023, or the case would be closed. (*Id.* at 4). Plaintiff did not file an Amended Complaint by that established deadline, thus this case will now be closed in accordance with the Court's February 17th Memorandum Order.

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 16th day of May, 2023, Plaintiff having failed to file an Amended Complaint by March 3, 2023 in accordance with the Court's February 17th Memorandum Order, IT IS HEREBY ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc:        Darlene Esposito (via U.S. mail)
           P.O. Box 1808
           Newark, NJ  07101