# EXHIBIT B

 **Gmail**   Darlene Esposito Esposito <darlenee8154@gmail.com>

## FD92Y793XV C. One Data Breach Settlement
1 message

**Darlene Esposito Esposito** <darlenee8154@gmail.com>                                    Fri, Dec 30, 2022 at 2:45 PM
To: Deficiency@capitalonesettlement.com

This is the [5th] mailing of deficiency docs. that is supplying the correct email address I hope this will be the last email sent.  I must discuss the substitution of letters by google in your email address with google but it appears google gmail will not allow me to use caps. and replaces them with small letters thereby   overpowering my messages sent and blocking the correct email address.
Enclosed are copies of the deficiency page with add-on pages that may be considered in the filing of the Capital OneData Breach Settlement Benefits Claim . This is a second email to the one that was sent 15 minutes ago because the automatic reply is missing or got deleted from my email.

---

**5 attachments**

- **Gmail - Capital One Settlement - Deficient Claim.pdf**
  167K

- **Claim Form C ONE .pdf deficiency corrected.pdf**
  408K

- **add on pages C. one.pdf**
  1160K

- **Gmail - C. One Data Breach Settlement _ FD92Y793XV.pdf  2.pdf**
  74K

- **Gmail - C. One Data Breach Settlement _ FD92Y793XV.pdf  2.pdf**
  74K



Darlene R. Esposito
PO Box 1808
Newark  N J 07101


Re: Darlenee8154@gmail.com


Pittsburgh
6425 Penn Avenue
Pittsburgh, PA 15206


Mountain View
1600 Amphitheatre Parkway
Mountain View, CA 94043United States

On Dec 29, 2022 I sent an email to  C.OneSettlement.Com as I was instructed to in the annexed exhibit how ever I noticed that the reply e-mail to my response was missing from my Gmail account it got deleted or was time sensitive and vanished or faded off my Gmail account.  So I re-emailed the docs. to the same email address but the google served lowered all caps contained in the email that I entered and sent the email with lower case letters.

I sent a total of (6) e-mails all in caps and I added CapitalOneSettlement.Com to my contacts but the email still were sent by the google server in lower case letters the google server in its own <u>incentive</u> changed the caps letters to lower case letters.  I still do not know if email was received by the attorney.  How can I find our if the e-mails were received or sent since the e-mail address were changed by the google server and or the Gmail pinto server ?   In a common scenario it is so important for e-mail addresses to be accurate because of common spelling errors, or missing dots or spaces can cause an e-mail to bounce back to the sender and not be received by the recipient.  I would like an answer as to why is google server  allowing a correct e-mail address to drop the cap letters to lower case letters making it an illegal e-mail address.  Why is google acting as a receptacle of emails perhaps correcting them on their own incentive and resending them;  I believe that the e-mail was blocked then sent by the google server correcting the lower cases.  I allege its to view and copy docs sent in the e-mails.   Nevertheless I do believe that the e-mail was intercepted by a local municipality eg Linden N.J. as part of an Identity Theft ring that may be affiliated to the local Municipal ad valorem tax or poll tax or property tax and is extorting emails for money.

1.

This notice is presented to enlighten you and should not be interpreted as prepared in any law suit before a trial court against google server. (eg Darlene Esposito vs. Google Server) I believe that the e-mails are not open for public knowledge or inspection and are not supported by the open government act, data financial information act, or CIPSA to name a few acts if congress that relate to data exchanges.

By the actions contained herein may demonstrate an act of domestic terrorism and since I have an ID theft cause filed with the FDIC, the SSA and the Board of Governors to name a few and with state Sheriff Offices since 2021 you may or I am requesting herein that you do monitor or catalog this complaint when I do have to give discovery in a trial or hearing.

Submitted By:

Darlene R. Esposito

DATED: